## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-61716-CIV-SMITH

ZUBIC DRAGO, *on behalf of himself and all*
*Others similarly situated*,

     Plaintiff,

v.

LVNV FUNDING, LLC, *et al.*,

     Defendants.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Final Mediation Disposition Report [DE 29].

Accordingly, it is,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**

2. All pending motions are **DENIED as moot.**

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 27th day of June, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record